UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MARC D. FOLEY<br><br>Defendant.<br><br>*and*<br><br>MBTA<br><br>Garnishee. | ) | CASE NO. 1:11-CR-10406-001-RGS |

**WRIT OF CONTINUING GARNISHMENT**

TO: MBTA
10 Park Plaza, 4th Fl
Boston, MA

The United States of America believes that you disburse nonexempt disposable earnings to the Defendant, Marc D. Foley (hereinafter "Foley").

On March 25, 2016, an Amended Judgment in a Criminal Case entered in the United States District Court for the District of Massachusetts against Foley, social security number ***-**-4106, last known address in Brimfield, MA., who is indebted for the judgment amount of $1,028,461.57, plus accrued interest at the rate of 0.15 percent per annum. The current principal balance, excluding interest, is $999,639.47.

Pursuant to 28 U.S.C. § 3205(c), you must state under oath in your written answer to this Writ whether you have in your custody, control, or possession any property owned by Foley, including nonexempt disposable earnings, and, if so, you must describe such property and the value of such interest. As used herein nonexempt disposable earnings means 15% of Foley's

disposable earnings. Disposable earnings means that part of Foley's earnings remaining after all deductions required by law have been withheld. Earnings means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus or otherwise, and includes periodic payments pursuant to a pension or retirement program. You must then describe any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt. Property that is exempt from this Writ is listed on the attached Claim for Exemption Form. You must also state the amount of debt, if any, you anticipate owing to Foley in the future and the type of payment schedule.

**You are required by law to immediately begin withholding and retaining 15% of Foley's disposable earnings, for which you are or may become indebted to Foley, pending further order of the Court. This includes any new property of Foley's over which you obtain control or possession while this Writ is in effect.**

You must file, **within ten (10) days** of service of this Writ, your original written answer to this Writ with the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. You must also serve a copy of your answer to this Writ upon both Foley, located in Brimfield, MA and Raquelle L. Kaye, Assistant U.S. Attorney, Asset Recovery Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to answer this Writ and to so withhold property before the appearance date.

If you fail to appear, or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of Foley's non-exempt property. It is illegal to pay or deliver to Foley any item attached by this Writ.

Pursuant to 15 U.S.C. § 1674, you are prohibited from discharging Foley from employment because his/her earnings have been subject to garnishment.

ROBERT M. FARRELL
Clerk, United States District Court

By:

______________________________
Deputy Clerk

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:11-CR-10406-001-RGS |
| v. | ) | |
| | ) | |
| MARC D. FOLEY | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| MBTA | ) | |
| | ) | |
| Garnishee. | ) | |

**ANSWER OF THE GARNISHEE**

_________________________________, being duly sworn deposes and says:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

_______________________________________________________________.
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of _____________, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the __________________________ (state official title) of Garnishee, a corporation, organized under the laws of the State of _________________________.

On __________________________, 20_____, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. Defendant was in my/our employ: Yes ____ No ____

2. Pay period is: ___ weekly, ___ bi-weekly, ___ semi-monthly, ___ monthly.

Enter date present pay period began: ___________________________.

*(Present means the pay period in which this order and notice of garnishment were served)*

Enter date above pay period ends: ______________________________.

3. Enter amount of net wages and/or earnings, including commissions. Calculate below:

| | | |
|---|---|---|
| (a) Gross Pay | $ | ____________ |
| (b) Federal income tax | $ | ____________ |
| (c) F.I.C.A. income tax | $ | ____________ |
| (d) State income tax | $ | ____________ |
| Total of tax withholdings | $ | ____________ |
| **Net Wages and/or Earnings** | **$** | ____________ |
| (a less total of b,c,d) | | |

4. Have there been previous garnishments in effect? Yes ____ No ____

If the answer is yes, describe below. ____________________________________________

_____________________________________________________________________________.

5. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| | *Description of Property* | *Approximate Value* | *Description of Debtor's Interest in Property* |
|---|---|---|---|
| 1. | ______________________ | ____________ | _________________________ |
| 2. | ______________________ | ____________ | _________________________ |

Garnishee anticipates owing to the judgment-debtor in the future the following amounts:

| | *Amount* | *Estimate date or Period Due* |
|---|---|---|
| 1. | $________________ | ________________________________________ |
| 2. | $________________ | ________________________________________ |

The Garnishee mailed a copy of this answer by first-class mail to: (1) Marc D. Foley and (2) Assistant U.S. Attorney Raquelle L. Kaye.

_________________________________
MBTA
Garnishee

Subscribed and sworn to before me this ___________ day of ________________________________.

________________________________________
Notary Public

My Commission expires: